# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD A. STARWOOD

NO. 2023 KW 1154

**FEBRUARY 16, 2024**

---

In Re:    Ronald A. Starwood, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-04461.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court reflect that the district court acted on relator's writ of habeas corpus on August 22, 2023, motion to suppress on November 17, 2023, and is proceeding toward disposition of relator's pretrial motions.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT